Form a7nflclm

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

In Re: Austin Chidi Felix
Dorothy Ify Felix
        Debtor(s)

SSN/TAX ID:
  xxx–xx–2133
  xxx–xx–1699

Case No.: 2:15–bk–50016

Chapter: 7

Judge: Charles M Caldwell

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

**May 19, 2015**

This date does not reduce the time provided by statute for governmental units to file proofs of claim.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. It may be filed by regular mail, or electronically if you are a CM/ECF filer in the Southern District of Ohio. If you are filing by mail and wish to receive proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim together with a stamped, self–addressed envelope.

There is not a fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215–2414

Dated: February 18, 2015

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court