## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In Re:                                             Case No.15-50016-CMC

**FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY**

                                                      Chapter 7-Judge Caldwell

    Debtor

## OBJECTION OF TRUSTEE TO EXEMPTIONS CLAIMED
## IN REAL PROPERTY

     Clyde C. Hardesty, Trustee, hereby objects to the Debtor's claim of exemptions in debtors' real estate located at 973 Mueller Drive, Reynoldsburg, OH 43068 pursuant to Ohio Revised Code 2329.66 (A)(1).

     The reason for the objection is that Debtors might not actually reside at the address that is claimed as exempt. Debtors own property in another state which also serves as a domicile, and it is unclear whether the debtors actually live at 973 Mueller Drive, Reynoldsburg, OH 43068. The Trustee believes that the debtors are not entitled to claim an exemption under Ohio Revised Code 2329.66 (A)(1) because the exemption claimed does not fall within the scope intended by Ohio Revised Code 2329.66 (A)(1).

     **WHEREFORE**, the Trustee respectfully requests that this Court enter an Order disallowing the claim of exemptions in Debtors' Real Property .

                                                         Respectfully submitted,

                                                         /s/ Clyde C. Hardesty

                                                         Clyde C. Hardesty, Trustee
                                                         1763 Bryn Mawr Circle
                                                         Newark, OH 43055
                                                         740-344-8375