FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 15-50016 | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2015 | §341(a) Meeting Date: | 02/10/2015 |
| | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4,304 square feet, 5 bedroom, 4 bath, attached garage Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $279,700.00 | $86,200.00 | | $0.00 | $352,000.00 |
| Asset Notes: | Trustee to hire agent to market property. | | | | | |
| 2 | 4,607 square feet, 4 bedroom, 3 1/2 bath, attached garage Location: 14700 Elberfeld Court, Upper Marlboro, MD 20774 | $532,300.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | Trustee to investigate property. | | | | | |
| 3 | Huntington Personal Checking Account Account No: xxxxxx8492 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Personal Checking Account Account No: xxxxxx6594 | $1.83 | $0.00 | | $0.00 | FA |
| 5 | Park National Checking Account Account No xxxxxxxxx9266 Account Balance is negative Balance -82.73 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Stove/cooking unit 150.00, refrigerator 160.00, washer/dryer 90.00, microwave 5.00, living room furniture 250.00, dining room furniture 200.00, tables and chairs 20.00, televisions 120.00, dvd player 10.00, computers 300.00, pots and pans 100.00, silverware 70.00, cell phones 200.00 Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $1,675.00 | $0.00 | | $0.00 | FA |
| 7 | All Clothing Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $700.00 | $0.00 | | $0.00 | FA |
| 8 | Misc jewelry 20.00, wedding rings 400.00 Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $420.00 | $0.00 | | $0.00 | FA |
| 9 | Travelers Home Insurance for Ohio home Policy No 9933430576331 No cash value | $0.00 | $0.00 | | $0.00 | FA |

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 2

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2015 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10 | Geico Home Insurance for Maryland home Policy No CP0027254 No cash value | $0.00 | $0.00 | | $0.00 | FA |
| 11 | WRL Life Insurance Policy No xxxxx0167 Beneficiary: Spouse | $1,085.87 | $0.00 | | $0.00 | FA |
| 12 | 2007 Lexus ES, fair condition, 120,000 miles Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $6,919.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                **Gross Value of Remaining Assets**

               $822,801.70             $86,200.00                         $0.00                $352,000.00

**Major Activities affecting case closing:**

06/30/2015    Order to hire Real Estate Agent signed in June, 2015. Trustee to inspect property by July 10, 2015. Hearing to decide validity of homestead exemption is set for July, 2015. Trustee is looking into ownership of a Home Healthcare LLC regarding ownership, and whether Trustee must administer for the estate. Counsel for the debtors has filed a Motion to Withdrawal, and the Court has set a hearing in July, 2015.

04/29/2015    Trustee will hire a real estate agent in May, 2015 to sell the Reynoldsburg property. Should have Gross proceeds in the amount of $86,000.00 before costs of sale, and administrative expenses. Trustee has requested that Debtors waive homestead exemptions so that Trustee can work with IRS, and State of Ohio regarding payment of delinquent taxes. TFR to be filed by December, 2015.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 03/01/2016 | /s/ CLYDE C. HARDESTY |
|---|---|---|---|---|
| | | | | CLYDE C. HARDESTY |