# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-50016 |
| | : | Chapter 7 |
| **FELIX, AUSTIN CHIDI AND** | : | |
| **FELIX, DOROTHY IFY** | : | Judge Charles M. Caldwell |
| | : | |
| *Debtors*. | : | |

___

**WITHDRAWAL OF AMENDED APPENDIX (DOC. NO. 149) AND SECOND AMENDED APPENDIX (DOC. NO. 154)**

Now comes Trustee, by and through counsel, and hereby gives notice of his withdrawal of *Amended Appendix* (Doc. No. 149) filed April 30, 2015 and *Second Amended Appendix* (Doc. No. 154) filed May 5, 2015.

Respectfully submitted,

*/s/Nancy Ashbrook Willis*
Nancy Ashbrook Willis (0034117)
Law Office of Nancy Ashbrook Willis
6361 Crouch Road
Mount Vernon, Ohio 43050
Telephone: (740) 397-2060
Fax: (740) 397-2060
Email: nancywillis1@embarqmail.com
*Attorney for Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing withdrawal of *Amended Appendix* (Doc. No. 149) and *Second Amended Appendix* (Doc. No. 154) was served upon the following by first class U.S. Mail, postage prepaid, and/or electronically by CM/ECF service upon those registered to receive such service with the Court this 6th day of May 2016:

**VIA ECF:**

Office of the US Trustee

Mina Khorrami

Harry Wright IV

Brian M Gianangeli

Larry McClatchey

Stephanie Union

Nancy Ashbrook Willis

**Via U.S. Mail:**

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

*/s/Nancy Ashbrook Willis*
Nancy Ashbrook Willis (0034117)
Law Office of Nancy Ashbrook Willis
6361 Crouch Road
Mount Vernon, Ohio 43050
Telephone: (740) 397-2060
Fax: (740) 397-2060
Email: nancywillis1@embarqmail.com
*Attorney for Trustee*