FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 4,304 square feet, 5 bedroom, 4 bath, attached garage Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $260,000.00 | $86,200.00 | | $0.00 | $352,000.00 |
| Asset Notes: | Trustee to hire agent to market property. Waiting for Court decision regarding homestead exemption. | | | | | |
| 2 | 4,607 square feet, 4 bedroom, 3 1/2 bath, attached garage Location: 14700 Elberfeld Court, Upper Marlboro, MD 20774 | $532,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee to investigate property. | | | | | |
| 3 | Huntington Personal Checking Account Account No: xxxxxx8492 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Chase Personal Checking Account Account No: xxxxxx6594 | $1.83 | $0.00 | | $0.00 | FA |
| 5 | Park National Checking Account Account No xxxxxxxxx9266 Account Balance is negative Balance -82.73 | $180.94 | $0.00 | | $0.00 | FA |
| 6 | Stove/cooking unit 150.00, refrigerator 160.00, washer/dryer 90.00, microwave 5.00, living room furniture 250.00, dining room furniture 200.00, tables and chairs 20.00, televisions 120.00, dvd player 10.00, computers 300.00, pots and pans 100.00, silverware 70.00, cell phones 200.00 Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | All Clothing and Shoes Location: 973 Mueller Drive, Reynoldsburg OH 43068, and Maryland. | $700.00 | $0.00 | | $0.00 | FA |
| 8 | Misc jewelry 20.00, wedding rings 400.00 Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $420.00 | $0.00 | | $0.00 | FA |
| 9 | Travelers Home Insurance for Ohio home Policy No 9933430576331 No cash value | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Geico Home Insurance for Maryland home Policy No CP0027254 No cash value | $0.00 | $0.00 | | $0.00 | FA |
| 11 | WRL Life Insurance Policy No xxxxx0167 Beneficiary: Spouse | $1,085.87 | $0.00 | | $0.00 | FA |
| 12 | 2007 Lexus ES, fair condition, 120,000 miles Location: 973 Mueller Drive, Reynoldsburg OH 43068 | $6,900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This vehicle was being driven by Debtors' adult daughter Amanda at the time Debtors filed the case, but debtors were making the payments on the vehicle, and the payments are listed on Schedule J. After their case was filed, in March, 2016, Amanda paid off the vehicle, and Debtors signed over the title to Amanda. | | | | | |
| 13 | Lexus SUV, 2012, 70,000 miles | $31,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | At the time their bankruptcy was filed, Debtors had use of a 2012 Lexus SUV, which was owned by City Medical Nursing Center, LLC. Debtors had no ownership interest in this vehicle. Subsequent to the filing of the bankruptcy,, in March, 2016, City Medical Nursing Center, LLC sold this vehicle to Germain Lexus because the car payment of $1,271.00 was not being paid and the company could not afford it. The sale price of the vehicle was approximately $28,000.00, and City Medical received $14,100.00 from the sale of the vehicle after payment of the car loan and other sale expenses. Debtors do not believe that they were personally liable on the debt on this vehicle, rather it was a debt of city Medical Nursing Center, LLC which was cosigned by one of their adult daughters, Amanda. Amount of debt at the time of the sale is estimated to be $14,000.00. Value listed is estimated value of the vehicle at the time the case was filed, although the value of Debtors' ownership interest was $0.00 as it was not Debtor's car. | | | | | |
| 14 | Ford E 150 Econoline Van. Year 2000, 270,000 miles | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This vehicle is in very poor condition, is sitting in Debtors' driveway and barely runs. It needs major repairs, and also is full of junk. | | | | | |
| 15 | Honda Pilot, Year 2003, 100,000 miles | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This car was driven by Debtor's adult daughter Tiffany. In September of 2015 the car was sold to an unknown person for an unknown amount. Debtors signed over the title to the purchaser and Debtors' children kept the proceeds of the sale. | | | | | |
| 16 | furnishings in Maryland house- Kitchen appliances, washing maching, living and dining room furnishings, bedroom furnishings, post, cutler, tables, chairs, trash receptacles, dishware, and household appliances. | $262.00 | $0.00 | | $0.00 | FA |
| 17 | televisions, dvd players, computers, cell phone located in Ohio | $630.00 | $0.00 | | $0.00 | FA |
| 18 | televisions, dvd players, computers, cell phone located in Maryland | $630.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 Segway purchased post-petition-this was a Christmas gift to Debtors' minor son by extended family members. | $0.00 | $0.00 | | $0.00 | FA |
| 20 Fraudulent Conveyance action filed by Trustee against Debtors regarding transfer of ownership to son for $1,000.00. (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: Adversary has been filed on behalf of Trustee. | | | | | |
| 21 Business Checking-Park National Bank | $50.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Park National Bank- this account is in the name of City Medical, LLC, but debtors, or one of them and Brian Fexix has access to a debit card of this account. Debtor, or one of them pay personal expenses from this account. Account No. 6286 | | | | | |
| 22 Business Checking-Huntington Bank | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Huntington Bank- this account is owned by City Medical Nursing Center, LLC but the debtors, or one of them and Brian Fixix have access to a debit card on this account. Debtors, or one of them, pay personal expenses from this account. Account No. 7575 | | | | | |
| 23 Business Checking-Huntington Bank | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Huntington Bank- this account is owned by City Medical Nursing Center, LLC but debtors, or one of them and Brian Felix have access to a debit card on this account. Debtors, or one of them, pay personal expenses from this account. Balance in this account as of 04/30/2014 was $0.00 and this account may have been closed by the bank but is being listed for purposes of full disclosure. Account No. 6051. | | | | | |
| 24 Business Checking-Chase | $1,047.48 | $0.00 | | $0.00 | FA |
| Asset Notes: Chase- this account is owned by City Medical Nursing Center, LLC but debtors, or one of them and Brian Felix have access to a debit card on this account. Debtors, or one of them pay personal expenses from this account. Account No. 5017. | | | | | |
| 25 Huntington National Bank | $400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Huntington National Bank. After this bankruptcy was filed, Debtor husband opened a personal account at Huntington Bank. Account No.3066 | | | | | |
| 26 Park National Bank | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Park National Bank- after this bankruptcy case was filed in February, 2016, wife opened a bank account in the name of Danmike Investment. Account No. 8584. | | | | | |
| 27 Prepaid debit card-Global Cash Card-Debtor's pay was deposited on this card | Unknown | $0.00 | | $0.00 | FA |
| 28 Global Cash Card-Debtor's pay was deposited on this card | $11.63 | $0.00 | | $0.00 | FA |

| Case No.: | 15-50016 | | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29 Savings Account- Savings Account Park National Bank. Account No. 9590. This Account was open at the time Debtors' case was filed but was subsequently closed in April, 2015. | $106.00 | $0.00 | | $0.00 | FA |
| 30 Checking- Park National Bank checking account joint with minor son Account No. 6405 | $4.14 | $0.00 | | $0.00 | FA |
| 31 Checking Whitehall Credit Union Account 3192 | $27.79 | $0.00 | | $0.00 | FA |
| 32 Checking Whitehall Credit Union Account No. 3849 joint with Cindy Felix | $0.00 | $0.00 | | $0.00 | FA |
| 33 Checking Whitehall Credit Union Account 3848 joint with Tiffany Felix | $38.67 | $0.00 | | $0.00 | FA |
| 34 Checking Whitehall Credit Union Account 3850 joint with Amanda Felix | $38.50 | $0.00 | | $0.00 | FA |
| 35 Checking Whitehall Credit Union Account 3847 joint with Brian Felix | $6.26 | $0.00 | | $0.00 | FA |
| 36 Business Checking Huntington Bank account No. 4590 business checking account of City Medical Nursing Center, LLC | $11.96 | $0.00 | | $0.00 | FA |
| 37 Business Checking | $0.00 | $0.00 | | $0.00 | FA |

Asset Notes: Huntington Bank business account of city Medical Nursing Center, LLC. This account has a $0.00 balance on 10/31/2014 and may have been closed by the bank but is being listed for purposes of full disclosure. This account is also being listed on Statement of Financial Affairs,. Question 20 as a closed account. Account No. 0037

| 38 Park National Bank post-petition bank account-opened 05/20/2015 Account No. 7475 | $0.00 | $0.00 | | $0.00 | FA |
| 39 City Medical Nursing Care Services. See the Statement of Financial Affairs, question 27 for additional information 100% | $0.00 | $0.00 | | $0.00 | FA |
| 40 City Medical Nursing Services. See the Statement of Financial Affairs, Question 27 for additional information N/A-trade name, not a business entity | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
Page No: 5

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 41 City Medical Nursing Services, LLC. See the Statement of Financial Afffairs, question 27 for additional information 100% | $0.00 | $0.00 | | $0.00 | FA |
| 42 City Medical Home Care Services. See Statement of Financial Affairs, question 27 for additional information. N/A registered trade name | $0.00 | $0.00 | | $0.00 | FA |
| 43 City Medical Nursing Center, LLC- See attachment. | $0.00 | $0.00 | | $0.00 | FA |
| 44 Central Ohio Home Care Agency. See the Statement of financial Affairs, question 27 for additional information. | $0.00 | $0.00 | | $0.00 | FA |
| 45 Danmike Investment Company, LLC. See the Statement of Financial Affairs, question 27 for additional information 100% | $0.00 | $0.00 | | $0.00 | FA |
| 46 Amazing Love Residential Care Services, LLC. See the Statement of Financial Affairs, question 27 for additional information. 100% | $0.00 | $0.00 | | $0.00 | FA |
| 47 Beloved International Ministry. See the Statement of Financial Affairs, question 27 for additional information. 100% | $0.00 | $0.00 | | $0.00 | FA |
| 48 City Medical Nursing Care Services, Inc. See the Statement of Financial Affairs, question 27 for additional information | $0.00 | $0.00 | | $0.00 | FA |
| 49 City Medical Nursing Care Services. See the Statement of Financial Affairs, question 27 for additional information. 10% | $0.00 | $0.00 | | $0.00 | FA |
| 50 Central Ohio Home Care Nursing Services, Inc. See the Statement of financial Affairs, question 27 for additional information. | $0.00 | $0.00 | | $0.00 | FA |
| 51 401K plan | $42.94 | $0.00 | | $0.00 | FA |
| Asset Notes: City Medical Nursing Center 401K plan. Wife is trustee of the plan but to the best of Debtor's knowledge, neither of the Debtors nor any other employee of City Medical has an individual | | | | | |

Case 2:15-bk-50016   Doc 180   Filed 07/28/16   Entered 07/28/16 14:38:57   Desc
Page 6 of 7

FORM 1

Page No: 6

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-50016 | | | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | | | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 02/10/2015 |
| | | | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| account. Value listed is value of of 03/16/2016. | | | | | |
| 52  LPN-non transferable, has no monetary value to anyone other than wife. | $0.00 | $0.00 | | $0.00 | FA |
| 53  2014 income tax refunds subject to setoff by taxing authorities. Debtors anticipate that they will have a tax liability rather than a refund. Federal and State | $0.00 | $0.00 | | $0.00 | FA |
| 54  2015 income tax refunds-subject to setoff by taxing authorities. Federal and State | Unknown | $0.00 | | $0.00 | FA |
| 55  Transamerica/Western Reserve Life Insurance Policy. No. 5659 beneficiary spouse | $1,917.06 | $0.00 | | $0.00 | FA |
| 56  Debtors are named as beneficiaries on their children's life insurance policies. Children are alive and in good health. Beneficiary Debtors | Unknown | $0.00 | | $0.00 | FA |
| 57  Western Reserve/Transamerica life insurance value listed is cash surrender value as of November, 2014. Policy No. 167. spouse (primary); 3 children (contingent) | $1,085.87 | $0.00 | | $0.00 | FA |
| 58  Debtors believe they may have professional liability claims against their previous bankruptcy attorney in conjuction with filing this bankruptcy petition, schedules and statement. These claims have not been evaluated. Debtors have not taken any actions regarding their claims. This claim is listed for purpose of making full disclosure | Unknown | $0.00 | | $0.00 | FA |
| 59  Past due wages/salary from City Medical | Unknown | $0.00 | | $0.00 | FA |
| 60  Wages including payment of personal expenses by City Medical which was reported as 1099 income | Unknown | $0.00 | | $0.00 | FA |

FORM 1

Page No: 7

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-50016 | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | FELIX, AUSTIN CHIDI AND FELIX, DOROTHY IFY | Date Filed (f) or Converted (c): | 01/02/2015 (f) |
| For the Period Ending: | 06/30/2016 | §341(a) Meeting Date: | 02/10/2015 |
| | | Claims Bar Date: | 05/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                                                                                                                   **Gross Value of Remaining Asset**

                                           $846,798.94                        $86,200.00                                                   $0.00                              $352,000.00

---

**Major Activities affecting case closing:**

| 06/30/2016 | Trial is complete in June. Briefs from both Counsel for Debtors, and Trustee filed on June 15, 2016. Complaint for revocation for Discharge filed by United States Trustee, and 2004 exam scheduled for July, 2016. Fraudulent Conveyance Transfer filed by Trustee Counsel, Kegler, Brown, Hill, and Ritter. Decision on Objection to Debtors' Homestead Exemption expected by December, 2016. Docket schedule is quite extensive, and should be reviewed in ECF by any interested parties. |
|---|---|
| 06/30/2015 | Order to hire Real Estate Agent signed in June, 2015. Trustee to inspect property by July 10, 2015. Hearing to decide validity of homestead exemption is set for July, 2015. Trustee is looking into ownership of a Home Healthcare LLC regarding ownership, and whether Trustee must administer for the estate. Counsel for the debtors has filed a Motion to Withdrawal, and the Court has set a hearing in July, 2015. |
| 04/29/2015 | Trustee will hire a real estate agent in May, 2015 to sell the Reynoldsburg property. Should have Gross proceeds in the amount of $86,000.00 before costs of sale, and administrative expenses. Trustee has requested that Debtors waive homestead exemptions so that Trustee can work with IRS, and State of Ohio regarding payment of delinquent taxes. TFR to be filed by December, 2015. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2015    **Current Projected Date Of Final Report (TFR):** 12/01/2016    /s/ CLYDE C. HARDESTY

                                                                                                                                                                                                                CLYDE C. HARDESTY